# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELSIE GENE FLYNN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:23-cv-1852 |
| ) | Judge Nora Barry Fischer |
| ACTING WARDEN OF THE ALLEGHENY ) | Magistrate Judge Patricia L. Dodge |
| COUNTY JAIL, DISTRICT ATTORNEY OF ) | |
| ALLEGHENY COUNTY, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM ORDER

AND NOW, this 6th day of March, 2025, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Patricia L. Dodge on February 13, 2025, (Docket No. 20), recommending that the § 2254 habeas petition filed by Petitioner Kelsie Gene Flynn against the Acting Warden of Allegheny County Jail and District Attorney of Allegheny County be dismissed, as moot, given that the Petitioner has been released from custody of the Allegheny County Jail and extradited to West Virginia, and ordering that any objections be filed within 14 days such that objections were due from non-ECF users like Plaintiff by March 3, 2025, and no objections having been filed by the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of February 13, 2025, (Docket No. 20), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the Petition (Docket No. 4) is DENIED, as moot;

1

2

IT IS FURTHER ORDERED that no certificate of appealability shall issue as Petitioner has not made a substantial showing of a denial of a Constitutional right; and,

An appropriate Judgment follows.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Patricia L. Dodge

cc:    KELSIE GENE FLYNN
       199893
       ALLEGHENY COUNTY JAIL
       950 Second Avenue
       Pittsburgh, PA 15219
       (via first class mail)